UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRIPLE S PROPERTIES INC., | § | |
|                Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:08-CV-796-O |
| | § | |
| ST. PAUL SURPLUS LINES | § | |
| INSURANCE COMPANY, | § | |
|                Defendant. | § | |

## ORDER SETTING PRETRIAL HEARING

The Court sets a pretrial hearing on this case at **11:00 a.m. on Thursday, May 20, 2010**. The hearing will convene in United States District Judge's Courtroom 1505, 1100 Commerce Street, Dallas, Texas. Counsel for Plaintiff, Triple S Properties, Inc. and for Defendant, St. Paul Surplus Lines Insurance Company must appear and be prepared to discuss all issues related to the bench trial set on the Court's four-week docket starting on June 7, 2010.

    **SO ORDERED** on this **12th** day of **May, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**